**Order entered June 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00557-CV

### CHARLES ANTHONY ALLEN SR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

We **GRANT** appellant's motion to extend time to file affidavit of indigence. The affidavit tendered to the Clerk of the Court on June 10, 2015 is considered filed as of the date of this order. Because it does not appear the affidavit was filed in the trial court, we refer the affidavit, attached to this order, to the trial court. *See* TEX. R. APP. P. 20.1(h)(4).

/s/ CRAIG STODDART
JUSTICE